Bernard R. Mazaheri

Oregon Bar Number 196610

Mazaheri & Mazaheri

P.O. Box 656

Frankfort, Kentucky 40602

Email - Bernie@TheLaborFirm.com

Tel – (502) 475-8201

*Attorney for Plaintiff Robert Tooley*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### Pendleton Division

| | |
|---|---|
| **Robert Tooley,** | **Case Number 2:21-cv-00457-HL** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL** |
| v. | |
| **Blue Mountain Networks, LLC & Eastern Oregon Telecom, LLC,** | |
| **Defendants.** | |

The Plaintiff, Robert Tooley, and the Defendants, Blue Mountain Networks, LLC and Eastern Oregon Telecom, LLC, through their undersigned counsel hereby stipulate to dismissal of the action with prejudice and with each party to bear their own costs and fees pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Page 1 – STIPULATION OF DISMISSAL

Respectfully submitted this 9th day of January 2023,

| | |
|---|---|
| /s/ Bernard R. Mazaheri | /s/ Richard A. Lee |
| Bernard R. Mazaheri | Richard A. Lee |
| Oregon Bar Number 196610 | Oregon Bar Number 842719 |
| Mazaheri & Mazaheri | Forsberg & Umlauf |
| PO Box 656 | 901 Fifth Ave Ste 1400 |
| Frankfort, Kentucky 40602 | Seattle, Washington 98164 |
| Tel – (502) 475-8201 | Tel – (503) 577-3016 |
| Email– bernie@thelaborfirm.com | Email – rlee@foum.law |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing will be served on all counsel of record via CM/ECF on this 9th day of January 2023.

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri

Page 2 – STIPULATION OF DISMISSAL